**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00905-CR
### No. 05-14-00906-CR

**DONTE LAMONT ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F13-25715-U, F13-25716-U**

## ORDER

The Court **GRANTS** court reporter Kelly Simmons's October 3, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Simmons to file the reporter's record within **FORTY-FIVE (45) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE